AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Alfredo Javier Fuentes <br> *Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 8:25-mj-2546-NHA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 15, 2025** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly assaulting a federal officer |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Autuori, Special Agent, HSI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: July 15, 2025

_____
*Judge's signature*

City and state: Tampa, FL

Honorable Natalie H. Adams, U.S. Mag. Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ashley Autuori, being duly sworn, hereby depose and state as follows:

1. I am employed as a Special Agent ("SA") with the Department of Homeland Security (DHS), Homeland Security Investigations ("HSI"), and am currently assigned to Tampa, Florida. I have been employed as a federal law enforcement agent since April of 2024.

2. As a Special Agent, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of removable aliens in accordance with these laws. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

3. I submit this Affidavit in support of a criminal complaint charging Alfredo Javier FUENTES ("**FUENTES**"), with assaulting, resisting, or impeding certain officers or employees, in violation of 18 U.S.C. § 111(a)(1). The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. I have included only those facts that I believe are necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

4. In July of 2025, Homeland Security Investigations (HSI) Special Agents were conducting an investigation into Marvin Isaac CACERES Maradiaga, a citizen

of Honduras who was ordered removed from the United States by an immigration judge on or about February 14, 2023, but had failed to depart from the United States as ordered.

5. As part of this investigation, Special Agents identified 6409 N 41st St Tampa, Florida, as an address which CACERES had a business registered at.

6. On or about July 15, 2025, HSI Special Agents were conducting surveillance of 6409 N 41st St Tampa, Florida, and observed CACERES exit the residence and enter a vehicle parked in the driveway of the residence.

7. Agents, with insignia clearly identifying them as "Police" and "Federal Agents" approached CACERES and identified themselves as Special Agents. Agents asked CACERES his name and he confirmed his identity. Special Agents then instructed CACERES to step out of the vehicle.

8. As Agents were speaking with CACERES, **FUENTES** exited the residence and began to verbally accost agents and placed his body between agents and CACERES vehicle to physically prevent agents from arresting CACERES.

9. When Agents advised **FUENTES** they had no need to interact with him, FUENTES began to shove agents so forcefully that they were forced to take a step back to maintain their balance and avoid falling.

10. **FUENTES** then used his body to physically prevent Agents from taking CACERES into custody which allowed CACERES to abscond into the residence.

11. **FUENTES** then continued to physically assault the agents by pushing

agents back and throwing multiple punches at the agents before retreating into the residence and closing the door.

12. A knock and talk was conducted at 6409 N 41st St Tampa and a female occupant of the home provided verbal consent to search the residence for the suspects.

13. During a search of the residence, Agents located **FUENTES** hiding in the attic covered in insulation.

14. **FUENTES** was detained and transported to the HSI Tampa office for questioning. During a post-*Miranda* interview, **FUENTES** admitted to assaulting Agents by pushing them on or about July 15, 2025.

## CONCLUSION

15. Based on the foregoing information, I respectfully submit that probable cause exists to believe that **FUENTES** assaulted a federal officer while they were engaged in their official duties in violation of 18 U.S.C. § 111(a)(1).

Ashley Autuori
Special Agent,
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this 15th day of July 2025, in Tampa, Florida.

HONORABLE NATALIE H. ADAMS
United States Magistrate Judge