UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-379-TPB-AAS
18 U.S.C. § 111(a)(1)

ALFREDO JAVIER FUENTES
MARY LUZ VASQUEZ CRUZ

(Assaulting, Resisting, or
Impeding a Certain Officers or
Employees)

**INDICTMENT**

The Grand Jury charges:

JUL 30 2025 PM 1:53
FILED - USDC - FLMD - TPA

**COUNT ONE**
**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**

On or about July 15, 2025, in the Middle District of Florida, the defendants,

ALFREDO JAVIER FUENTES and
MARY LUZ VASQUEZ CRUZ,

while aiding and abetting each other, did forcibly assault, resist, oppose, impede, intimidate, and interfere with A.V., a person designated in 18 U.S.C. § 1114, who was engaged in official duties, and causing physical contact.

In violation of 18 U.S.C. §§ 111(a)(1) and 2.



A TRUE BILL

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Jeff Chang
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Racketeering

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ALFREDO JAVIER FUENTES
MARY LUZ VASQUEZ CRUZ

INDICTMENT

Violations: 18 U.S.C. § 111(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 30th day of July 2025.

_____ — Karina Nieves
Clerk

Bail $_____