**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-379-TPB-AAS | **DATE:** | August 19, 2025 |
| **HONORABLE: AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFREDO JAVIER FUENTES<br>LUZ MARY VASQUEZ CRUZ | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Jeffrey Chang | |
| | | **DEFENSE COUNSEL**<br>Stephen Consuegra<br>Jonathan Hackworth | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 11:07 am - 11:09 am | **TOTAL:** 2 Minutes | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS:  ARRAIGNMENT**

Both Defendants' and counsel's presence was waived for the hearing.

Defendants waived formal reading of the Indictment.

Not Guilty pleas entered as to all counts of the Indictment.

Trial Term: October 2025, beginning September 29, 2025.

Status Conference: September 18, 2025, at 9:30 a.m.