UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:25-cr-379-TPB-AAS

ALFREDO JAVIER FUENTES

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION RAISING COMPETENCY**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby responds to the Fuentes' motion raising competency, filed at Doc. 73.

On January 20, 2026, Fuentes filed his motion raising competency and moves the Court to adopt Dr. Ayala-Feliciano's evaluation finding him incompetent to stand trial, previously filed under seal. Doc. 69. Fuentes also moves the Court for an exception to 18 U.S.C. § 4241 to allow him to remain here in the community with his family while undergoing competency restoration. Doc. 73.

The United States does not oppose Fuentes' request to rely on Dr. Ayala-Feliciano's evaluation report in conducting a competency hearing pursuant to 18 U.S.C. § 4241. However, the United States does oppose Fuentes' request for an exception to remain here in the community during competency restoration.

Specifically, if the Court finds that, "the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him

or to assist properly in his defense, the court *shall* commit the defendant to the custody of the Attorney General." 18 U.S.C. § 4241(d) (emphasis added). Once a district court determines that a defendant is incompetent, his commitment to the custody of the Attorney General is mandatory, regardless of the permanency of the defendant's condition. *U.S. v. Donofrio*, 896 F.2d 1301, 1303 (11th Cir. 1990).

Accordingly, the United States does not oppose Fuentes' request to rely on Dr. Ayala-Feliciano's evaluation at a hearing to determine his competency, but moves the Court to commit Fuentes to the custody of the Attorney General, for a reasonable period of time to determine if there is a reasonable probability he will attain competence to stand trial, should the Court find him incompetent to proceed.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Jeff Chang*
Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: Jeffrey.Chang@usdoj.gov

2

**U.S. v. Fuentes**                              **Case No. 8:25-cr-379-TPB-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

*/s/ Jeff Chang*_____
Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: Jeffrey.Chang@usdoj.gov

3